| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Messitte, Peter J. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/09/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Adjunct Professor of Law | American University Washington College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2013 MAY 15 A 10 39 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | State of Maryland Judiciary - Pension Payments | $48,246.00 |
| 2. 2012 | American University Washington College of Law - Teaching | $8,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American University Washington College of Law | 4/9/12-4/13/12 | Rio de Janeiro & Sao Paulo, Brazil | Educational Seminar | Transportation, meals, hotel |
| 2. | Levin College of Law/ University of Florida | 5/21/12-5/22/12 | Buenos Aires, Argentina | Educational Seminar | Transportation, meals, hotel |
| 3. | American University Washington College of Law | 12/5/12 | Rio de Janeiro, Braziil | Alumni Dinner | Meal only |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. PJM/IRA Morgan Stanley (same as #3-#29) | C | Dividend | N | T | | | | | |
| 3. Legg Mason Value Trust | A | Dividend | | | Sold | 2/22/12 | K | A | |
| 4. Legg Mason Special Investment Trust | A | Dividend | | | Sold | 2/22/12 | J | A | |
| 5. American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 6. Kaufman Federated LG CP | A | Dividend | K | T | Buy | 2/24/12 | K | | |
| 7. Royce Penn Mutual Fund | A | Dividend | J | T | | | | | |
| 8. Blackrock US Opp. Portfolio Fd | A | Dividend | J | T | | | | | |
| 9. Blackrock Global Alloc. Fd | A | Dividend | K | T | | | | | |
| 10. Growth Fd of Am C1F1 | A | Dividend | K | T | | | | | |
| 11. Hartford Cap App II Fd Cl I | A | Dividend | | | Sold | 2/22/12 | K | A | |
| 12. Henderson Int Opp Fd Cl W | A | Dividend | J | T | | | | | |
| 13. Lord Abbett Dev Growth Fd Cl F | A | Dividend | J | T | | | | | |
| 14. MFS Value Fd Cl A | A | Dividend | K | T | | | | | |
| 15. Oppenheimer Dev Mkts Fd Cl Y FDS | A | Dividend | J | T | | | | | |
| 16. Thornburg Inv Inc Bldr Fd Cl I | A | Dividend | K | T | | | | | |
| 17. Invesco Floating Rate Fund Cl Y | A | Dividend | | | Sold | 2/22/12 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Hartford Inflation Plus Fd C1 Inflation | A | Dividend | | | Sold | 8/24/12 | J | A | |
| 19.  JP Morgan Strat Inc Opp Fd Select Class | A | Dividend | | | Sold | 2/22/12 | J | A | |
| 20.  Pimco Total Return Fd C1 P | A | Dividend | J | T | | | | | |
| 21.  Sentinel Gov't Securities Fd C1 A | A | Dividend | J | T | Sold (part) | 2/8/12 | J | A | |
| 22.  Sentinel Gov't Securities Fd C1 A | A | Dividend | J | T | Sold (part) | 2/21/12 | J | A | |
| 23.  Sentinel Gov't Securities Fd C1 A | A | Dividend | | | Sold | 8/2/12 | J | A | |
| 24.  Templeton Glob Bond Fd Advisor Class | A | Dividend | J | T | | | | | |
| 25.  Invesco High Yield Y | A | Dividend | J | T | Buy | 2/23/12 | J | | |
| 26.  John Hancock Disc Val MDCP | A | Dividend | J | T | Buy | 2/23/12 | J | | |
| 27.  Loomis Sayles Strategic Inc Y | A | Dividend | K | T | Buy | 2/23/12 | K | | |
| 28.  RS Global Natural Res A | A | Dividend | J | T | Buy | 2/23/12 | J | | |
| 29.  Unit AAM Corporate Navellier Dial High Income 58F | A | Interest | J | T | Buy | 8/24/12 | J | | |
| 30.  Capital One Bank (formerly Chevy Chase Bank),Chevy Chase, MD | A | Interest | N | T | | | | | |
| 31.  Sun Trust Bank, Chevy Chase, MD | A | Interest | K | T | | | | | |
| 32.  SM/IRA (Morgan Stanley) (same as #33-#38) | A | Dividend | K | T | | | | | |
| 33.  Legg Mason Value Trust | A | Dividend | | | Sold | 2/22/12 | J | A | |
| 34.  Blackrock US Opp Portfolio Fd | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Total Return Fd | A | Dividend | J | T | | | | | |
| 36. Fd Eq Fds Kaufmann Lge Cap Fd Inst C1 | A | Dividend | J | T | | | | | |
| 37. Oppenheimer Dev. Mkts C1 Y FDS | A | Dividend | J | T | Buy | 2/23/12 | J | | |
| 38. Royce Penn Mutual Fund | A | Dividend | J | T | Buy | 2/23/12 | J | | |
| 39. �altal Morgan Stanley (same as #40-#63) | B | Dividend | M | T | | | | | See Part VIII |
| 40. Royce Penn. Mutual Fund | A | Dividend | J | T | | | | | |
| 41. Legg Mason Opp. Trust, C1 1 | A | Dividend | | | Sold | 2/22/12 | J | A | |
| 42. Henderson Global Income Fund | A | Dividend | J | T | | | | | See Part VIII |
| 43. American Investment Co. of America, F2 | A | Dividend | J | T | | | | | See Part VIII |
| 44. Blackrock Global Alloc. Fd, Inc. | A | Dividend | J | T | | | | | See Part VIII |
| 45. Invesco Floating Rate Fund C1 Y | A | Dividend | | | Sold | 2/22/12 | J | A | |
| 46. Blackrock US Opp Ins | A | Dividend | J | T | | | | | See Part VIII |
| 47. Delaware Diversified, Income Fd C 1A | A | Dividend | K | T | | | | | |
| 48. American Europacific Growth Fd F2 | A | Dividend | J | T | | | | | See Part VIII |
| 49. American Growth Fund of Amer Class F1 | A | Dividend | K | T | | | | | See Part VIII |
| 50. Hartford Inflation Plus Fd C1 I | A | Dividend | | | Sold | 8/24/12 | J | A | |
| 51. American Inc Fd of Amer C1 F1 | A | Dividend | K | T | | | | | See Part VIII |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan Core Bond Fd Cl A | A | Dividend | | | Sold | 2/6/12 | J | A | |
| 53. Legg Mason Spec Inv Tr Cl 1 | A | Dividend | | | Sold | 2/22/12 | J | A | |
| 54. Lord Abbett Dev Growth Fd Cl F | A | Dividend | J | T | | | | | |
| 55. MFS Value I (ME11X) | A | Dividend | J | T | | | | | See Part VIII |
| 56. Pimco Total Return Fd Cl P | A | Dividend | K | T | | | | | |
| 57. Invesco Eq & Inc Fd Cl Y | A | Dividend | J | T | | | | | See Part VIII |
| 58. Templeton Global Bond Fd | A | Dividend | J | T | | | | | |
| 59. Invesco High Yield Y | A | Dividend | J | T | Buy | 2/23/12 | J | | |
| 60. John Hancock Disc Val MDCP | A | Dividend | J | T | Buy | 2/23/12 | J | | |
| 61. Loomis Sayles Strat Inc. Y | A | Dividend | J | T | Buy | 2/23/12 | J | | |
| 62. Loomis Sayles Strat Inc. Y | A | Dividend | J | T | Buy | 2/24/12 | J | | |
| 63. Unit AAM Corporate Dial High Inc 58 | A | Interest | J | T | Buy | 8/24/12 | J | | |
| 64. ▒▒▒▒ Rental Property | C | Rent | M | W | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.     Elaboration

#39. This was #30 in the FY 2011 Report. It corrects a typographical error in the FY 2011 report. The 2011 Item reads                                              in Morgan Stanley Mutual Funds.

#42  Formerly listed as "Henderson Global Eq. Income Fund Cl W."

#43. Formerly listed as "Investment Co. of America Fd Cl A."

#44 Formerly listed as "Blackrock Global Alloc. Fd. Inc Maalox, Inc."

#46. Formerly listed as "Blackrock US Opp Portfolio Fd."

#48. Formerly listed as "Europacific Growth Fd. Fund Cl Class F1 W."

#49. Formerly listed as "Growth Fund of Amer Class F1."

#51. Formerly listed as "Inc Fd of America."

#55. Formerly listed as "MFS Value Fd Cl A."

#57. Formerly listed as "Van Kampen Eq & Inc. Fd Cl Y."

#64. This property was re-rented in 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/09/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ P_____ _essitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR _____ FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544